

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-16-00207-CV

Antonio **JIMENEZ** and Mary Louise Jimenez,
Appellants

v.

Carlos **GONGORA**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-02692
Honorable Stephani A. Walsh, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, this appeal is DISMISSED. We order appellee recover his costs of this appeal from appellants.

SIGNED December 7, 2016.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice